JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| JULIO DAVID BALLADARES GUIDO,<br><br>Petitioner,<br><br>v.<br><br>JOSHUA JOHNSON et al.,<br><br>Respondents. | Case No. 5:26-cv-05012-DFM<br><br>JUDGMENT |

Pursuant to the Order Granting in Part Unopposed Petition for Writ of Habeas Corpus issued on August 31, 2026,

IT IS ADJUDGED that the Petition is granted in part. Respondents shall forthwith release Petitioner Julio David Balladares Guido (A# 240-925-812) on the conditions of release in effect immediately before his April 23, 2026 re-detention. All other requests for relief in the Petition are denied. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: September 14, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge